**FOREMOST LITHOGRAPH COMPANY**

v.

**John H. NORBERG, Tax Administrator.**

**No. 82–449–M.P.**

Supreme Court of Rhode Island.

Dec. 2, 1982.

Hinckley & Allen, H. Peter Olsen, Mark A. Dingley, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation) Providence, for respondent.

ORDER

The petition for writ of certiorari is granted.

SHEA, J., did not participate.

**The PARAMOUNT LINE, INC.**

v.

**John H. NORBERG, Tax Administrator.**

**No. 82–448–M.P.**

Supreme Court of Rhode Island.

Dec. 2, 1982.

Winograd, Shine & Zacks, P.C., Richard W. Zacks, Allen P. Rubine, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Melanie Wilk Spencer, Asst. Atty. Gen., Charles Edwin Goldkamp, Legal Officer (Taxation) Providence, for respondent.

The petition for writ of certiorari is granted.

SHEA, J., did not participate.

**RAYBESTOS MANHATTAN COMPANY**

v.

**MILFORD AUTO PARTS, INC.**

**No. 82–323–A.**

Supreme Court of Rhode Island.

Dec. 2, 1982.

Winograd, Shine & Zacks, P.C., E. Martin Stutchfield, Providence, for plaintiff.

Laurent C. Bilodeau, Woonsocket, for defendant.

ORDER

Treating the plaintiff's motion to affirm the judgment of the Superior Court as a motion to dismiss this appeal as premature, the motion to dismiss is granted.

SHEA, J., did not participate.